UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
IN RE APPLICATION OF PJSC "URALSIB"    :
BANK" FOR AN ORDER DIRECTING           :     20 Misc. 371 (LGS)
DISCOVERY PURSUANT TO 28 U.S.C. § 1782.:
                                                            :     ORDER
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Applicant has filed an ex parte application for an order pursuant to 28 U.S.C. § 1782 to conduct discovery in a foreign proceeding. Applicant seeks evidence relating to wire transfers in a Russian debt proceeding from: Citibank, N.A.; The Bank of New York Mellon; Société Générale, New York; HSBC Bank USA, N.A.; BNP Paribas USA; JPMorgan Chase Bank, N.A.; Barclays Bank PLC; Deutsche Bank Trust Co. Americas; Bank of Nova Scotia; UBS AG; Bank of America, N.A.; Standard Chartered Bank US; Commerzbank AG US; Bank of China, New York Branch; Wells Fargo Bank, N.A.; and The Clearing House Payments Company, LLC ("TCH") (collectively, the "Respondents"). It is hereby

**ORDERED** that by **November 25, 2020**, Applicant shall serve all Respondents with (1) the papers in support of the application and (2) this Order, and shall file proof of service. It is further

**ORDERED** that responsive papers, if any, are due by **December 10, 2020**. Reply papers, if any, are due by **December 17, 2020**. Submissions shall not exceed six pages and shall otherwise comply with the Court's Individual Rules.

Dated: November 16, 2020
       New York, New York

                                              _____
                                              **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**